# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Facebook URL:
https://www.facebook.com/laprince.givens.75
Friend Identification Number: 100012701761652

)
)
)
)
)
)

Case No. 16-M-162

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE  Nov. 11, 2016  *(not to exceed 14 days)*
☐ in the daytime between 6:00 a.m. and 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Honorable David E. Jones                                    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Oct. 28, 2016 3:00 p.m.

_____
*Judge's signature*

City and State: Milwaukee, Wisconsin        Honorable David E. Jones, U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| **Return** | | |
|---|---|---|
| Case No: 16-m-162 | Date and time warrant executed: 10/28/16 @ 16:15 | Copy of warrant and inventory left with: Facebook Inc. |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and/or name of any person(s) seized: Facebook provided a PDF document containing IP logs, subscriber Information, Pictures and chat logs. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 12/09/16

_____
Executing officer's signature

Jeremy Loesch, SDUSM
_____
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: Dec 9, 2016

_____
United States Magistrate Judge

## ATTACHMENT A

Information associated Facebook URL: Facebook URL:

---

Facebook URL: https://www.facebook.com/laprince.givens.75
Friend Identification Number: 100012701761652

from June 18, 2014, through present, that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a social networking company headquartered at 1601 Willow Road, Menlo Park, CA 94025.

# ATTACHMENT B

I. Information to be disclosed by Facebook, Inc.

To the extent that the information described in Attachment B is within the possession, custody, or control of Facebook, Inc., Facebook, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A from June 18, 2014, through the date of this search warrant:

a. The contents of all communications stored in the Facebook, Inc. account for the subscriber identified as follows:

> Facebook URL: https://www.facebook.com/laprince.givens.75
> Friend Identification Number: 100012701761652

b. User Basic Subscriber Information (BSI), User Neoprint, User Photoprint, Group Contact Info, Private Messages, IP Logs;

c. All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d. All communications stored in the account, whether sent from or received in the account, including any "chat or messaging or other communications," as well as such communications held in a "Deleted" status;

e. All address books, contact lists, friends lists, buddy lists, or any other similar compilations of personal contact information associated with the accounts;

f. All records or other information regarding the identification of the accounts, including full name, physical address, mailing address, residential or business address; other contact or identifying information such as telephone numbers and other identifiers; including subscriber names, user names, screen names or other identities associated with the account; records of session times and durations, the date on which the accounts were created, the length of service, the types of service utilized, the IP address used to register the accounts, log-in IP addresses associated with session times and dates, account statuses, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

g. All records pertaining to communications between Facebook, Inc., and any person regarding the accounts, including contacts with support services and records of actions taken.

h. BACKUPDATA maintained in connection with the account.